UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Luis Dejesus | CASE NO. 10-44917 |
| Debtor. | ORDER |

_____

This case is before the court on the motion of U.S. Bank National Association, seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated June 24, 2005, executed by Luis DeJesus, a single person, recorded on July 18, 2005, as Document No. 8618150, covering real estate located in Hennepin County, Minnesota, legally described as:

Lot 3 and the North Sixteen feet of Lot 4, Block 17, Tingdale Bros. Lincoln Hills Second Addition
And commonly known as 6939 Irving Avenue S, Richfield, Minnesota 55423-2252

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: September 23, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/23/2010*
Lori Vosejpka, Clerk, by LMH